IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAURICE SCOTT,

       Plaintiff,

v.     No. CV 08-223 WJ/CEG

JNJ EXPRESS, INC. and
TONY JONES,

       Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on October 28, 2008.  Docket no. 32.  The proposed findings notify Maurice Scott of his ability to file objections and that failure to do so waives appellate review.  To date, Plaintiff has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

IT IS HEREBY ORDERED THAT:

1)     The Magistrate Judge's Proposed Findings and Recommended Disposition (docket no. 32) are adopted;

2)     Plaintiff's Motion to Enlarge Discovery Through Depositions by Oral Examination and Motion to Extend the Time in Which to Respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (docket no. 25) is DENIED;

3)     JNJ Express, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (docket no. 7) is GRANTED;

4)     Plaintiff's "Complaint for Money Damages and Personal Injury" (docket nos. 1, 2) is DISMISSED WITHOUT PREJUDICE; and

5)      Civil case number 08-223 WJ/CEG is hereby closed.

_____
UNITED STATES DISTRICT JUDGE